Sarah Zorn, Appellant, v. Edwin S. Pendleton, Respondent, and Another, Defendant.— Judgment and order reversed and new trial granted, costs to abide the event, on authority of *Zorn* v. *Pendleton* (*ante*, p. 33), decided herewith. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Harry Seldner, Respondent, v. John Bittner, Appellant.—Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

The Udell Manufacturing Company, Appellant, v. John Perkins, Respondent.— It does not appear on the face of the complaint in this action that another action is pending between the same parties for the same cause of action. The mere fact that the demurring party produced a witness on the trial of an issue of law, to prove over objection that another action is pending between the same parties, is so incongruous with the specified cause of demurrer that the interlocutory judgment of the City Court of Yonkers must be reversed, with costs and disbursements, and the demurrer overruled, with ten dollars costs, with leave to defendant to answer within twenty days on payment of the costs of this appeal, as well as the motion costs. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Henry R. Altherr, Respondent, v. Edwin W. Sohmer, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Thomas N. Bayles, Respondent, v. Frederick J. Wagner, Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Joseph P. Carney, Appellant, v. Penn Realty Company, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Leonidas Gariepy, Appellant, v. Coney Island and Brooklyn Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Alphonse Gariepy, Appellant, v. Coney Island and Brooklyn Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

In the Matter of the Application of the City of New York, Respondent, Relative to Acquiring Title, etc., for the Opening and Extending of Titus Street, etc. On Petition of Max C. Burger, as Administrator, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Burr, Carr, Stapleton and Putnam, JJ., concurred; Jenks, P. J., taking no part.